Adil Hiramanek
80 South Market Street
San Jose, CA 95113
Telephone: (408) 673-7560

Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Alleged Violation No. 4708212 |
|---|---|
| Plaintiff | [PROPOSED] ORDER |
| v. | U.S. Magistrate Judge: Hon. Michael J. Seng |
| ADIL HIRAMANEK, | |
| Defendant | |

The Court has considered Defendant Adil Hiramanek's Rule 43 Waiver Request To Appear Remotely.

Finding that good cause exists, Defendant's above request is GRANTED/ **DENIED** WITHOUT PREJUDICE TO ITS RESUBMISSION BY AN ATTORNEY LICENSED AND AUTHORIZED TO APPEAR IN THIS COURT. DEFENDANT IS INVITED TO CONTACT THE FEDERAL DEFENDER IN SACRAMENTO FOR ASSISTANCE. Defendant may appear remotely for all hearings in this case.

IT IS SO ORDERED.

DATED: 9/13/16

United States District Judge

USA v. Hiramanek,    Rule 43 Request                                    4