Adil Hiramanek
80 South Market Street
San Jose, CA 95113
Email: hiramane2@yahoo.com
Telephone: (408) 673-7560

Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>ADIL HIRAMANEK,<br>Defendant | Case No.  5:16-po-00345-MJS<br><br>**MOTION FOR PERMISSION FOR ELECTRONIC FILING**<br><br>Judge:   Michael J. Seng |

    As the (*Defendant*) _Adil Hiramanek_ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

    1. I have reviewed the requirements for e-filing and agree to abide by them.

    2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

    3. I have regular access to the technical requirements necessary to e-file successfully:

- ✓ A computer with internet access;
- ✓ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
- ✓ A scanner to convert documents that are only in paper format into electronic files;
- ✓ A printer or copier to create to create required paper copies such as chambers copies;
- ✓ A word-processing program to create documents; and
- ✓ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Dated: Oct. 15, 2016

                                                                        _____
                                                                        Adil Hiramanek

---

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>ADIL HIRAMANEK,<br>Defendant | Case No.  6:16-po-00345-MJS<br>**ORDER GRANTING<br>MOTION BY PRO SE LITIGANT FOR PERMISSION  TO ELECTRONIC CASE FILE**<br>Judge: Michael J. Seng |

Defendant has moved for leave to e-file documents in this Court's CM/ECF case management system. The Request  is GRANTED **subject to the following conditions**.

The Clerk of the Court is directed to mail to plaintiff the "Petition by Pro Se Litigant for ECF Registration and Consent to Electronic Service." Plaintiff shall be responsible for filing all documents **in paper form, until** such time as plaintiff signs and returns the Clerk's "Petition by Pro Se Litigant" form and is issued **a login and password**. In addition, plaintiff must provide to the clerk, and must maintain, a working email address.

IT IS SO ORDERED.

Dated:   November 8, 2016          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

---
USA v. Hiramanek        Permission For Electronic Filing                    2